**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01334-BNB

JEREMY PINSON,

     Applicant,

v.

BLAKE DAVIS,

     Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant filed a "Motion for Order to Re-serve Response (Doc. 12)."  Applicant asserts that he has not received a copy of Exhibit A, which Respondent refers to on Page Three of the Preliminary Response.  Respondent is directed to provide Applicant with a copy of the referenced Exhibit.  Applicant shall have an additional twenty-one days from the date a certificate of service is filed with this Court showing the Exhibit was sent to Applicant.  Applicant's Motion for Order to Re-serve, Doc. No. 13, therefore, is DENIED as moot.

Dated:  July 18, 2011