**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01334-BNB

JEREMY PINSON,

    Applicant,

v.

BLAKE DAVIS,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Motion to Reconsider Order" (Doc No. 15), filed on August 12, 2011.  The motion is GRANTED.

    Respondent is directed to provide Applicant with a copy of Exhibit A of the Preliminary Response on or before August 26, 2011, and to file a certificate of service with this Court showing the exhibit was sent to Applicant.  Applicant shall have twenty-one days from the date of the Respondent's certificate of service to file a Reply.

Dated:  August 16, 2011